433 A.2d 549

Hobbs Lumber and Hardware, Appellant v. Harney et al.

Sub-mitted April 16, 1980. Lawrence C. Bolla, for appellant; Michael A. Fetzner, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order of the lower court is affirmed.

433 A.2d 549

McSheehy, Appellant v. Chizmar.

Argued November 11, 1980. Michael F. Fives, for appellant; Michael J. Murphy, for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.